

FILED
CLERK, U.S. DISTRICT COURT

July 2, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY:____VPC____DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MARVIN, an individual; KINGSTON TRIO ARTISTS, LLC, a Nevada Limited Liability Company; TIMOTHY GORELANGTON, an individual; BARBARA L. CHILDRESS, an individual; ROBERT C. SHANE, an individual; and KINGSTON TRIO, LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSHUA S. REYNOLDS, an individual; SUSAN REYNOLDS, an individual; TRIDENT ARTISTS; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-05536 SB (JCx)<br>[Hon. Stanley Blumenfeld, Jr.]<br><br>**ORDER APPROVING STIPULATION OF VOLUNTARY DISMISSAL OF THE ACTION**<br><br>Complaint Filed: June 26, 2019 |
| JOSHUA S. REYNOLDS,<br><br>Cross-Complainant,<br><br>vs.<br><br>GERALD MARVIN,<br><br>Cross-Defendant. | |

1         Pursuant to the stipulation under Federal Rule of Civil Procedure

2    41(a)(1)(A)(ii), plaintiffs' claims in this action are voluntarily dismissed with

3    prejudice, and defendants' counterclaims in this action are dismissed without

4    prejudice.  Each side bears its own costs and fees.

5         The Court shall retain jurisdiction for the purpose of enforcing the terms and

6    conditions of the Parties' Settlement Agreement.

7

8    DATED:  July 2, 2021



9

10

11

12                    Stanley Blumenfeld, Jr.
                 Judge of the United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28